FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

DEC 1 4 2018

JAMES N. HATTEN, Clerk
By: _DR_     Deputy Clerk

# PETITION FOR WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2254

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

William Christopher Gibbs,
Inmate No. 5150, Fannin County
Georgia Jail _____, Petitioner,

**Name, include name under which you were**
**convicted; prison number; and place of confinement.**

-vs-

Jill Huffman _____, Respondent.

**Name of Warden, Superintendent, Jailor, or**
**authorized person having custody of petitioner.**

## Petition

1. **Name and county of court which entered the judgment of conviction under**
   **attack** Fannin County Georgia Superior Court _____
2. **Date of judgment of conviction** 10-18-2018 _____
3. **Length of sentence** 6 days ___ **Sentencing Judge** John Worcester ___
4. **Name of offense(s) for which you were convicted (list all counts):** _____
   Reckless Conduct _____
   Contributing to the delinquency of a minor _____

5. **What was your plea? (Check one)**
   (a)  Guilty          ☐
   (b)  **Not Guilty**      ☑
   (c)  Nolo contendere  ☐
   **If you entered a guilty plea to one count or indictment, and a not guilty plea**
   **to another count or indictment, give details:** _____
   _____

6. **Kind of trial? (If you did not plead guilty, Check one)**
   (a)  Jury         ☐
   (b)  **Judge Only**   ☑

7. **Did you testify at the trial?**                    Yes  ☐   No  ☐

8. **Did you file a motion for a new trial?**           Yes  ☑   No  ☐

Rev. 12/5/07

1

(a)   If so, did the trial court hold a hearing on your motion?

                                                      Yes ☐   No ☐

(b)   What was the result?_____

(c)   Date of result?_____

9.   Did you appeal from the judgment of conviction?   Yes ☐   No ☐

10.   If you did appeal, answer the following:

(a)   Name of appellate court to which you appealed_____

(b)   Result of appeal_____

(c)   Date of result_____

(d)   If your appeal was to the Georgia Court of Appeals, did you file a petition for a writ of certiorari with the Supreme Court of Georgia?

                                                      Yes ☐   No ☐

(i) If so, what was the result_____

(ii) Date of result_____

(e)   Did you petition for a writ of certiorari with the United States Supreme Court?_____

Result and date of result_____

11.   Other than a direct appeal from the judgment of conviction and sentence or a motion for a new trial, have you previously filed any petitions, applications, or motions with respect to this conviction in any state or federal court:

                                                      Yes ☐   No ☐

12.   If your answer to 11 was "yes," give the following information. (If more than three petitions, please provide the following information on a separate sheet of paper).

(a)   (1)   Name of court and case number_____

(2)   Date that you filed petition or motion_____

(3)   Nature of proceeding_____

(4)   All grounds raised (attach extra sheet if necessary)_____

_____

_____

_____

_____

(5)   Did you receive an evidentiary hearing on your petition, application or motion?

                                                      Yes ☐   No ☐

(6)   Name of judge_____

(7)   Result_____

(8)    Date of Result_____

(9)    Did you appeal this result?

                                              Yes  ☐    No ☐

(10)   If you did appeal,

       Which court heard your appeal?_____

       What was the result of the appeal?_____

       Date of result_____

(11)   If you did not appeal from the denial of relief, explain briefly why you did not.

_____

_____

_____

_____

_____

(b)   As to any second petition, application, or motion, give the same information:

   (1)    Name of court and case number _____

   (2)    Date that you filed petition or motion_____

   (3)    Nature of proceeding_____

   (4)    All grounds raised (attach extra sheet if necessary)_____

             _____

             _____

             _____

             _____

   (5)    Did you receive an evidentiary hearing on your petition, application or motion?

                                           Yes  ☐    No ☐

   (6)    Name of judge_____

   (7)    Result_____

   (8)    Date of Result_____

   (9)    Did you appeal this result?

                                           Yes  ☐    No ☐

   (10)  If you did appeal,

       Which court heard your appeal?_____

       What was the result of the appeal?_____

       Date of result_____

   (11)  If you did not appeal from the denial of relief, explain briefly why you did not.

        _____

Rev. 12/5/07

_____
_____
_____
_____
_____

(c)    As to any third petition, application, or motion, give the same information:

(1)    Name of court and case number _____

(2)    Date that you filed petition or motion_____
(3)    Nature of proceeding_____
(4)    All grounds raised (attach extra sheet if necessary)_____
_____

(5)    Did you receive an evidentiary hearing on your petition, application or motion?

            Yes  ☐    No  ☐

(6)    Name of judge_____
(7)    Result_____
(8)    Date of Result_____
(9)    Did you appeal this result?

            Yes  ☐    No  ☐

(10)    If you did appeal,
       Which court heard your appeal?_____
       What was the result of the appeal?_____
       Date of result_____
(11)    If you did not appeal from the denial of relief, explain briefly why you did not.

_____
_____
_____
_____
_____

13.    Is any petition, application, motion, or appeal relating to your conviction or sentence currently pending before any court or other tribunal?  (In other words, have you filed a motion, petition, or appeal where the court has <u>not</u> issued a final ruling?)

            Yes  ☐    No  ☐

If you answered yes, provide:
The name of the court_____
The case number_____
Nature of the petition, application, or motion_____

14.    State <u>concisely</u> every ground on which you now claim that you are being held unlawfully.  Summarize <u>briefly</u> the <u>facts</u> supporting each ground.  If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION:    To proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in Habeas Corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds, relating to this conviction, on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petitions will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)    Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b)    Conviction obtained by use of coerced confession.

(c)    Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim.

(d)    Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim.

(e)    Conviction obtained by a violation of the privilege against self-incrimination.

(f)    Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)    Conviction obtained by a violation of the protection against double jeopardy.

(h)    Conviction obtained by the action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i)    Denial of effective assistance of counsel.

(j)    Denial of right of appeal.

A.    Ground One: _Conviction obtained by a violation of the protection against double Jeopardy._

Supporting FACTS (Tell your story briefly without citing cases or law):
I was unlawfully arrested on a infamous crime before indictment by
the Grand Jury on Feb. 2, 2017. The Grand Jury Indictment was
Dismissed on Sep. 21, 2018. I was later found Guilty of the unlawful arrest
and charge of reckless conduct by Order of Adjudication of Guilt
by Judge John Worcester on October 18, 2018.

**B.**   Ground Two: Conviction obtained by plea of Guilty which was
unlawfully induced

Supporting FACTS (Tell your story briefly without citing cases or law):
I obtained the order of adjudication of guilt and imposition of
sentence it saying I waived my right to the hearing and entered a
Plea of Guilty to the violations. This is completely untrue. I did go
to court on the 18 of October for a hearing with all means of defending my
innocence. This Order was filed on 19 day of October by John Worcester.

**C.**   Ground Three:

Supporting FACTS (Tell your story briefly without citing cases or law):

**D.**   Ground Four:

Supporting FACTS (Tell your story briefly without citing cases or law):

15.   If any of the grounds listed in questions 12 A, B, C, and D, were not previously
presented in any other court, state or federal, state briefly what grounds were
not so presented, and give your reasons for not presenting them:

_____
_____
_____
_____

16. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing _____

   (b) At arraignment and plea _____

   (c) At trial _____

   (d) At sentencing _____

   (e) On appeal _____

   (f) In any post-conviction proceeding _____

   (g) On appeal from any adverse ruling in a post-conviction proceeding \_\_\_
   _____

17. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court at the same time?

   Yes ☐   No ☐

18. Do you have any future sentence to serve after you complete the sentence imposed by the conviction under attack?

   Yes ☐   No ☐

   (a) If so, give name and location of court which imposed sentence to be served in the future _____
   _____

   (b) Give date and length or sentence to be served in the future _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

   Yes ☐   No ☐

19. Timeliness of Petition: If over one year has passed since the conclusion of your appeal, not counting any time during which an application for habeas corpus was pending in any state court, you must explain why the one-year statute of limitation set forth in 28 U.S.C. § 2244(d)* does not bar your petition:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*Title 28 U.S.C. § 2244(d) provides:

(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of—

(A) the date on which the judgement became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on _Nov, 18, 2018_
                (Date)

_William Christopher Gibbs_
Signature

_____
**Signature of Attorney, if applicable**

Please note that under O.C.G.A. § 9-14-45 service of a petition of Habeas Corpus shall be made upon the person having custody of the petitioner. If you are being detained under the custody of the Department of Offender Rehabilitation, an additional copy of the petition must be served on the Attorney General. If you are being detained under the custody of some authority other than the Department of Offender Rehabilitation, an additional copy of the petition must be served upon the District Attorney of the county in which the petition is filed. Service upon the Attorney General or the District Attorney may be had by mailing a copy of the petition and a proper certificate of service.


William Christopher Gibbs
Inmate No 5150 Fannin
County Jail
Blue Ridge, Ga 30513

US District Court
121 Spring St SE #201
Gainesville, Ga 30501

