IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAR 27 2019

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

WILLIAM CHRISTOPHER GIBBS

*versus*

FANNIN COUNTY SHERIFFS DEP.

CIVIL ACTION NO.
2:18-CV-00236-RWS-JCF

COMES NOW William Christopher Gibbs, the plaintiff in the above-styled case in motion and statement an respectfully request to submit the following statement and documents attachments into exhibit evidence. In support of this motion plaintiff shows enumerated cause in statement where the exhibits are essential to evidentary merit of fact.

## 1

Fannin County Georgias Superior Court Officials, the Prosecuting District Attorneys Office and Probation Officer, April Witherow, under color of law, statute, ordinance, regulation an custom, willfully did on the 18th day of October, 2018, did then and there subject plaintiff to the deprivation of his rights, privileges, and immunities secured and protected by the Constitution and laws of the United States when on the 18th

day of October, 2018, the Superior Court did not along with the Probation Officer, April Witherow, give plaintiff proper due process of the Court or his right to trial as requested in his criminal prosecution under docket criminal action number 2009R344 and deprived plaintiff of his liberty's, rights, privileges and immunities secured in the fifth, sixth and fourteeth amendments of the United States Constitution when an Order of Adjudication of Guilt and Imposition of sentence was issued and Orderd by hand of Judge John Worcester of the Fannin County Superior Court without due process of the offence particulars accused therein as being "facts" by probation officer April Witherow,

## 2

Plaintiff shows cause in General Bill of Indictment label issue DA No. 17FAN00058, indictment number 18R290, when Fannin County Superior Court Official's and the Fannin County Prosecuting Attorney's, under color of law, statute, ordinance, regulation and custom, willfully and knowingly did then and there between the dates of the 1st day of January, 2017, through the 31st day of December, 2017, when the District Attorneys, Superior Court and Probation Officer April Witherow did conspire to oppress plaintiff in the free enjoyment of his rights, privileges and immunities secured and protected by the Constitution and laws of the United States when before due process in the year 2017 pre-conceived a judgment, prejudice and constituted knowingly and

willfully to geather to deprive plaintiff of his rights, privileges and immunities

secured and protected by the United States Constitution and laws of the United States

by depriving plaintiff of his fifth, eighth and fourteeth amendment rights of due

process and to be free from unusaal punishment, including excessive sentencing and

malicious prosecution.

In tandem arrangement to conspire further, an Order of Adjudication of Guilt

and Imposition of sentence was issued Ordered without due process of its offences the 18th

day of October, 2018, revoking plaintiffs first offenders probation and reinstating the

felony used as a essential fact for the 2017 indictment label issue DA No. 17FAN00058,

indictment case number 18R290, this showing a pre-mature sentence in conspiracy to

maliciouly sentence the plaintiff out of spite willingly and knowingly reguardless of "fact"

or veraciousness and deprive plaintiff of his life, libertys, rights, privileges and

immunities secured and protected by the Constitution and laws of the United States.

Partys did maliciouly out of spite conspire willingly and knowingly to sentence

plaintiff without due process or veraciousness, truth, fair judgment or honist fact.

3

The Superior Court of Fannin County Officials the District Prosecuting

Attorneys and Probation Officer April Witheraw did between the 1st day of January,

2017, through the 31st day of December 2017, did conspire an plan to subject plaintiff to the deprivation of his rights, privileges an immunities secured an protected by the Constitution and laws of the United States and did act with deliberate indifference" when acting under color of law "after learning of a violation of rights failed to remedy the wrong taking place."

## 4

The Superior Court of Fannin Countys Officials, the District Prosecuting Attorneys and Probation Officer April Witherow did conspire in an "act with deliberate indifferance" when "under color of law" knowingly and willingly "created a policy, ordinance, regulation or custom under which plaintiffs constitutional rights were violated" an or "knowingly allowed such a policy, ordinace, regulation or custom to continue."

## 5

The Superior Court of Fannin Countys Officials, the District Prosecuting Attorneys and Probation Officer April Witherow under color of law did conspire an act with deliberate indifference when under color of law was grossly negligent in that thay did not act adequately under color of law in an act plot and conspiracy knowingly and willingly to violate and oppress plaintiffs

rights.

## CONCLUSION

For the facts stated forth plaintiff respectfully request that the Court submit the document attachments into exibit.

Respectfully submitted this 24 day of March 2019.

William Christopher Gibbs
Plaintiff. William Christopher Gibbs
Pro. Se.



Wm. Gibbs
645 West First Street
Blue Ridge, Georgia 30513

UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 000.95⁰
0000867981    MAR 25 2019
MAILED FROM ZIP CODE 30513

Office of the Clerk
United States District Court

201 United States Courthouse

121 Spring Street, S.E.

Gainesville, Georgia 30501-3789

CLEARED SECURITY
MAR 25
U. S. Marshals Service
Gainesville, GA

Mailed 3/24/19
Docket No. 2009R344
Docket No. 18R290
Docket No. 2:18-CV-00236-RWS-JCF