In The Superior Court of FANNIN County
State of eorgia

The State

VS

WILLIAMCHRISTOPHER GIBBS

Criminal Case: 2009R344
Offense(s): COUNT 1; BURGLARY

## ORDER OF ADJUDICATION OF GUILT & IMPOSITION OF SENTENCE

**WHEREAS,** pursuant to notice given to the Defendant, a full hearing having been conducted by this Court on the date aforesaid and the Court having determined that the terms and conditions of Probation had been violated, the Defendant **waives his/hers right to the said hearing** and enters a Plea of Guilty to the violation(s) of his/her probated sentence as set forth in the following particulars:
GENERAL CONDITION # 11: VIOLATE NO LOCAL, STATE, OR FEDERAL LAWS AND BE OF GOOD BEHAVIOR. TO WIT: THE DEFENDANT COMMITTED THE NEW OFFENSE OF RECKLESS CONDUCT ON OR ABOUT FEBRUARY 2, 2017.
GENERAL CONDITION # 11 VIOLATE NO LOCAL, STATE, OR FEDERAL LAWS AND BE OF GOOD BEHAVIOR. TO WIT: THE DEFENDANT DID COMMIT THE NEW OFFENSE OF CONTRIBUTING TO THE DELINQUENCY OF A MINOR ON OR ABOUT OCTOBER 21, 2016 IN POLK COUNTY, TN.

**NOW, THEREFORE,** it is ordered and adjudged that the Defendant be adjudicated guilty of said offense for which he received First Offender probation, and it is further ordered and directed that the Defendant Sentenced in accordance with law to serve: _____ years, _____ months, __6__ **days with credit for time served from** _____ (date) in the ☒ FANNIN County Jail, ☐ County Correctional Institution, ☐ State Penal System or ☐ other such place as the Commissioner of Corrections may direct, subject, however: Release date is October 24, 2018

**IT IS FURTHER ORDERED AND DIRECTED** that the Clerk of Court file this order in said case and make proper entry in the records of a guilty conviction and imposition of sentence, and that the Georgia Crime Information Center be notified of the adjudication of guilt and imposition of sentence so as to proceed as provided by law.

The Defendant was PRO SE.

Duly recorded this date in FANNIN County, Georgia by Court Reporter ANGELA MATTHEWS.

**This 18 day of OCTOBER**

Judge JOHN WORCESTER
Appalachian Judicial Circuit

Restitution owed: $_

Prepared by: APRIL WITHEROW
Community Supervision Officer

FILED IN OFFICE 12:55 AM/PM
THIS 19 DAY OF Oct, 2018

DANA C. CHASTAIN
CLERK OF SUPERIOR COURT, FANNIN CO, GA