# PETITION FOR ADJUDICATION OF GUILT AND IMPOSITION
## OF SENTENCE IN FIRST OFFENDER CASE

THE STATE

VS

**WILLIAM CHRISTOPHER GIBBS**

SID# **3827572M**

DOCKET No. **2009R344**

SUPERIOR COURT OF FANNIN COUNTY

APPALACHIAN CIRCUIT

Now comes **APRIL WITHEROW**, in the name and behalf of the State of Georgia, and shows to this Honorable Court the following facts:

That the above named Defendant entered a plea of guilty to (nolo contendere`, or was convicted of), the offense(s) of **COUNT 1 BURGLARY.**

That this Court, on the **12** day of **JULY, 2012,** did sentence the Defendant under the provisions of the First Offender Act (O.C.G.A. 42-8-60 et. seq.) without an adjudication of guilt to serve a period of time on probation as follows: **FIVE ( 5) YEARS PROBATION.**

the terms and conditions of which are set forth in the copy of said sentence hereto attached, marked Exhibit "A", and made a part hereof.VI.

That the Defendant has violated the following terms and conditions of his probation in the following particulars:

**GENERAL CONDITION # 11: VIOLATE NO LOCAL, STATE, OR FEDERAL LAWS AND BE OF GOOD BEHAVIOR. TO WIT: THE DEFENDANT COMMITTED THE NEW OFFENSE OF RECKLESS CONDUCT ON OR ABOUT FEBRUARY 2, 2017.**

**GENERAL CONDITION # 11 VIOLATE NO LOCAL, STATE, OR FEDERAL LAWS AND BE OF GOOD BEHAVIOR. TO WIT: THE DEFENDANT DID COMMIT THE NEW OFFENSE OF CONTRIBUTING TO THE DELINQUENCY OF A MINOR ON OR ABOUT OCTOBER 21, 2016 IN POLK COUNTY, TN.**

**Toll Time Began/Ended:**

**WHEREFORE,** the State of Georgia prays that the citation for adjudication of guilt and imposition of sentence be served on the Defendant and that the Defendant be directed to appear before this Court on a day to be fixed by the Court and at that time to show cause why adjudication of guilt and imposition of sentence should not be ordered.

This ___3___ day of **OCTOBER, 2018** .

**Department of Community Supervision**
**Appalachian Circuit**

## ORDER

Having read and considered the foregoing petition, it is hereby ordered that the Defendant be served with a copy of same and that the Defendant show cause before me on the **18** day of **OCTOBER, 2018,** at **9:30** in *BLUE RIDGE,* **Georgia,** as to why he/she should not be adjudicated guilty and sentence imposed.

This _____3_____ day of **OCTOBER, 2018.**

_____
Judge Superior Court

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing petition upon the defendant in person (or by registered mail).

This _____3_____ day of **OCTOBER, 2018**.

_____
Department of Community Supervision Officer

## ACKNOWLEDGEMENT

I hereby acknowledge service of the foregoing petition. I further acknowledge I am aware that I may employ legal representation at said hearing and that if I am indigent, I have the right to representation at the hearing by the Circuit Public Defender or to be represented otherwise as the Court may direct.

This _____3_____ day of **OCTOBER, 2018**.

_Refusal_ _____
Defendant

Order Prepared by:
**APRIL WITHEROW**
**CSO II**
**Department of Community Supervision**
**BLUE RIDGE Office**